**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Arthur James LEWIS, Defendant-Appellant.**

**No. 28141**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Aug. 20, 1970.

Armand Derfner, Jackson, Miss., (Court-appointed), for defendant-appellant.

Robert E. Hauberg, U. S. Atty., E. Donald Strange, Asst. U. S. Atty., Jackson, Miss., for plaintiff-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 [5th Cir., August 12, 1970].

